1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:12-mc-00058-LKK-DAD

12          Plaintiff,

13  APPROXIMATELY $143,058.81 IN U.S.            STIPULATION AND ORDER
    CURRENCY SEIZED FROM WELLS                   EXTENDING TIME FOR FILING
14  FARGO BANK PERSONAL CHECKING                 A COMPLAINT FOR
    ACCOUNT NUMBER 2065307502, AND              FORFEITURE AND/OR TO
15                                               OBTAIN AN INDICTMENT
    APPROXIMATELY $173,450.00 IN U.S.           ALLEGING FORFEITURE
16  CURRENCY SEIZED FROM JP MORGAN
    CHASE PERSONAL CHECKING
17  ACCOUNT NUMBER 918200346,

18          Defendants.

19

20

21      It is hereby stipulated by and between the United States of America and

22  claimant Jeffrey S. Walker ("claimant"), by and through their respective counsel, as

23  follows:

24      1.  On or about May 7, 2012, claimant Jeffrey S. Walker filed a claim, in the

25  administrative forfeiture proceedings, with the Internal Revenue Service with respect

26  to the Approximately $143,058.81 in U.S. Currency seized from Wells Fargo Bank

27  Personal Checking Account Number 2065307502 and Approximately $173,450.00 in

28  U.S. Currency seized from JP Morgan Chase Personal Checking Account Number

                                    1
                                                 Stipulation and Order Extending Time to File

1   918200346 (hereafter the "defendant funds"), which were seized on March 6, 2012.

2       2.  The Internal Revenue Service has sent the written notice of intent to forfeit

3   required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

4   expired for any person to file a claim to the defendant funds under 18 U.S.C. §

5   983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the

6   defendant funds as required by law in the administrative forfeiture proceeding.

7       3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

8   complaint for forfeiture against the defendant funds and/or to obtain an indictment

9   alleging that the defendant funds are subject to forfeiture within ninety days after a

10  claim has been filed in the administrative forfeiture proceedings, unless the court

11  extends the deadline for good cause shown or by agreement of the parties.  The

12  deadline is currently August 6, 2012.

13      4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to

14  extend to November 6, 2012, the time in which the United States is required to file a

15  civil complaint for forfeiture  against the defendant funds and/or to obtain an

16  indictment alleging that the defendant funds are subject to forfeiture.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation and Order Extending Time to File

1    5.  Accordingly, the parties agree that the deadline by which the United States

2    shall be required to file a complaint for forfeiture against the defendant funds

3    and/or to obtain an indictment alleging that the defendant funds are subject to

4    forfeiture shall be extended to November 6, 2012.

5                                              BENJAMIN B. WAGNER
6                                              United States Attorney

7
     DATE: 7/26/12               By: /s/ Kevin C. Khasigian
8                                    KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney
9

10
     DATE: 7/26/12                   /s/ J. Patrick McCarthy
11                                   J. PATRICK MCCARTHY
                                     Attorney for Claimant
12                                   Jeffrey S. Walker

13                                   (Original signature retained by atttorney)

14   IT IS SO ORDERED.

15

16   DATE: July 30, 2012.

17

18

19

20   LAWRENCE  K.  KARLTON
21   SENIOR JUDGE
     UNITED  STATES  DISTRICT  COURT
22

23

24

25

26

27

28

                              3              Stipulation and Order Extending Time to File