BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00058-LKK-DAD |
|---|---|
| Plaintiff, | |
| APPROXIMATELY $143,058.81 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK PERSONAL CHECKING ACCOUNT NUMBER 2065307502, AND | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $173,450.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE PERSONAL CHECKING ACCOUNT NUMBER 918200346, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Jeffrey S. Walker ("claimant"), by and through their respective counsel, as follows:

1. On or about May 7, 2012, claimant Jeffrey S. Walker filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $143,058.81 in U.S. Currency seized from Wells Fargo Bank Personal Checking Account Number 2065307502 and Approximately $173,450.00 in U.S. Currency seized from JP Morgan Chase Personal Checking Account Number 918200346 (hereafter the "defendant funds"), which were seized on March 6, 2012.

1       2. The Internal Revenue Service has sent the written notice of intent to forfeit
2  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has
3  expired for any person to file a claim to the defendant funds under 18 U.S.C. §
4  983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the
5  defendant funds as required by law in the administrative forfeiture proceeding.
6       3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
7  complaint for forfeiture against the defendant funds and/or to obtain an indictment
8  alleging that the defendant funds are subject to forfeiture within ninety days after a
9  claim has been filed in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the parties.  The
11 deadline is currently August 6, 2012.
12      4.  By Stipulation and Order filed July 30, 2012, the parties stipulated to extend
13 to November 6, 2012, the time in which the United States is required to file a civil
14 complaint for forfeiture against the defendant funds and/or to obtain an indictment
15 alleging that the defendant funds are subject to forfeiture.
16      5.  By Stipulation and Order filed November 1, 2012, the parties stipulated to
17 extend to February 6, 2013, the time in which the United States is required to file a
18 civil complaint for forfeiture against the defendant funds and/or to obtain an
19 indictment alleging that the defendant funds are subject to forfeiture.
20      6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
21 extend to May 6, 2013, the time in which the United States is required to file a civil
22 complaint for forfeiture  against the defendant funds and/or to obtain an indictment
23 alleging that the defendant funds are subject to forfeiture.
24 ///
25 ///
26 ///
27 ///
28 ///

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to May 6, 2013.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

DATE: 2/5/13            By:     /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney

DATE: 2/5/13                     /s/ J. Patrick McCarthy
                                      J. PATRICK MCCARTHY
                                      Attorney for Claimant
                                      Jeffrey S. Walker

                                      (As authorized on 2/5/13)

**IT IS SO ORDERED.**

DATE: February 6, 2013.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT