BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00058-LKK-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $143,058.81 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK PERSONAL CHECKING ACCOUNT NUMBER 2065307502, AND | |
| APPROXIMATELY $173,450.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE PERSONAL CHECKING ACCOUNT NUMBER 918200346, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Jeffrey S. Walker ("claimant"), by and through their respective counsel, as follows:

1.     On or about May 7, 2012, claimant Jeffrey S. Walker filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $143,058.81 in U.S. Currency seized from Wells Fargo Bank Personal Checking Account Number 2065307502 and Approximately $173,450.00 in

1

Stipulation and Order to Extend Time

U.S. Currency seized from JP Morgan Chase Personal Checking Account Number 918200346 (hereafter the "defendant funds"), which were seized on March 6, 2012.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline is currently August 6, 2012.

4. By Stipulation and Order filed July 30, 2012, the parties stipulated to extend to November 6, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed November 1, 2012, the parties stipulated to extend to February 6, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed February 6, 2013, the parties stipulated to extend to May 6, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed May 9, 2013, the parties stipulated to extend to August 6, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment

alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed August 22, 2013, the parties stipulated to extend to November 6, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 4, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 4, 2014.

BENJAMIN B. WAGNER
United States Attorney

DATE: 11/1/13    By: /s/ Kevin C. Khasigian
                    KEVIN C. KHASIGIAN
                    Assistant U.S. Attorney

DATE: 11/1/13        /s/ J. Patrick McCarthy
                    J. PATRICK MCCARTHY
                    Attorney for Claimant
                    Jeffrey S. Walker
                    (Original signature retained by attorney)

IT IS SO ORDERED.

DATE: November 4, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time